# AFFIDAVIT OF SERVICE

Index # 1:26-cv-03328

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

SWAMPFOX OPTICS INC.,

Plaintiff

Against

Defendant

DELTA TECK LLC,

STATE OF NEW YORK
COUNTY OF ALBANY

**Robert Wells,** being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on **6/8/2026** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons & Complaintvwith Civil Cover Sheet** annexed on **DELTA TECK LLC**,

Defendant in this action, by delivering to and leave with **Shayla Davis** an authorized agent in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to Section **303,** Limited Liability Company Law.

Deponent further says that he/she knew the person so served **Shayla Davis** as aforesaid to be an authorized agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female Skin Color: Black Hair Color: Black Age(approx) 35/45 Height (approx) 5'5 Weight (approx) 170

Other Identifying Features:

Robert Wells

I Affirm on this date, **6/8/2026**
Under penalties of perjury under the laws of New York, which may include a fine or Imprisonment, that the forgoing is true, and I understand that this document may be filed In an action or proceeding in a court of law.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

SWAMPFOX OPTICS INC., a Delaware corporation

*Plaintiff(s)*

v.

DELTA TECK LLC, a New York limited liability company

*Defendant(s)*

Civil Action No. 1:26-cv-3328

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELTA TECK LLC
1455 E. 10th St.
Brooklyn, NY 11230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas A. Warns
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
tom.warns@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 06/03/2026

Cynthia Valera
*Signature of Clerk or Deputy Clerk*