**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SWAMPFOX OPTICS INC., a Delaware corporation,<br><br>                   Plaintiff,<br><br> -against-<br><br>DELTA TECK LLC, a New York limited liability company,<br><br>                 Defendant. | Civil Action No. 1:26-cv-03328-EK-TAM<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

      I, Thomas A. Warns, hereby certify that on August 3, 2026, I caused a copy of the Cout's

order in the above-captioned case, dated July 30, 2026, and the Court's docket in this case, Civil

Action No.: 1:26-cv-03328-EK-TAM, per the Court's instructions, via email upon the following:

           Benjamin Charkow, Esq.
           Maschoff Brennan
           15 W. 26th Street, Seventh Floor
           New York, NY 10010
           BCharkow@mabr.com
           Attorneys for Defendant Delta Teck LLC

                                    */s/ Thomas A. Warns*
                                     Thomas A. Warns