**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SWAMPFOX OPTICS INC., a Delaware corporation, <br><br> Plaintiff, <br><br> -against- <br><br> DELTA TECK LLC, a New York limited liability company, <br><br> Defendant. | Civil Action No. 1:26-cv-3328-TAM |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Swampfox Optics, Inc. ("Swampfox"), by and through its undersigned counsel, hereby provides notice of the voluntary dismissal of all claims with prejudice in Swampfox's Complaint asserted against Defendant Delta Teck LLC in the above titled action.

Dated: August 5, 2026

Respectfully submitted,

By: */s/ Thomas A. Warns*

**Thomas A. Warns**
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4009
Email: tom.warns@klgates.com

*Attorney for Plaintiff Swampfox Optics Inc.*